IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **EXPRESS CARD SYSTEMS LLC,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**WAL-MART STORES, INC.,**<br><br>　　　　　　　　　Defendant. | **Case No. 6:13-cv-23**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff Express Card Systems LLC files this Notice of Appearance and hereby notifies the Court that Keith Smiley of Tadlock Law Firm PLLC, 2701 Dallas Parkway, Suite360, Plano, Texas 75093, is appearing on behalf of Plaintiff Express Card Systems LLC, in the above-referenced matter.

DATED: January 4, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　／s／ *Keith Smiley*
　　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　　TADLOCK LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　　2701 Dallas Parkway, Suite 360
　　　　　　　　　　　　　　　　　　　　Plano, Texas 75093
　　　　　　　　　　　　　　　　　　　　Phone: 903-730-6789
　　　　　　　　　　　　　　　　　　　　keith@tadlocklawfirm.com

　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　**EXPRESS CARD SYSTEMS LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record this 4th day of January, 2013 via the Court's CM/ECF system.

    /s/ *Keith Smiley*
    Keith Smiley