**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **EXPRESS CARD SYSTEMS LLC,** | |
| Plaintiff, | **Case No. 6:2013-cv-00023** |
| v. | **PATENT CASE** |
| **WAL-MART STORES, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Aaron W. Purser is entering his appearance as counsel for

Plaintiff Express Card Systems LLC, for the purpose of receiving notice from the Court.

Respectfully submitted this 28th day of January, 2013.

/s/ Aaron W. Purser
Aaron W. Purser
IL State Bar No. 6301930
**INNOVALAW, P.C.**
1900 Ravinia Place
Orland Park, IL 60462
Phone: (708) 675-1783
Fax: (708) 675-1786
apurser@innovalaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel
of record via the Court's CM/ECF system on January 28, 2013.

1